# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOORMAN, William A. | Ct of App for Veterans Claims | 08/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

625 Indiana Avenue, NW
Suite 900
Washington, DC 20004-2950

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, Board of Trustees | Air Force Aid Society -- Nonprofit |
| 2. | Member, Board of Trustees | Air Force Judge Advocate School Foundation -- Nonprofit |
| 3. | Trustee | Decedent's Trust #1 - Deceased Family Member |
| 4. | Executor | Estate #2 - Deceased Family Member |
| 5. | Member, Board of Trustees | IMPACT India Community -- Nonprofit |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 08/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 08/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pentagon Federal Share Acct | A | Interest | J | T | | | | | |
| 2. Pentagon Federal Money Mkt | A | Interest | K | T | | | | | |
| 3. TR Price Capital Appreciation Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. TR Price Small Cap Value Fund (IRA) | A | Dividend | J | T | | | | | |
| 5. Ameriprise Insured Money Mkt | A | Interest | K | T | | | | | |
| 6. Fid Adv Small Cap-A | C | Dividend | L | T | | | | | |
| 7. Fid Adv New Insights-A | C | Dividend | L | T | | | | | |
| 8. Putnam Equity Income-A | C | Dividend | L | T | | | | | |
| 9. MFS Municipal Income-A | D | Dividend | M | T | | | | | |
| 10. W Blair Intl Growth-N | A | Dividend | K | T | | | | | |
| 11. MFS Intl New Disc-A | A | Dividend | K | T | | | | | |
| 12. MFS VA Muni Bond-A | D | Dividend | M | T | | | | | |
| 13. Ford Motor Co Common Stock | A | Dividend | J | T | | | | | |
| 14. Wells Fargo Bank -- Savings | A | Interest | L | T | | | | | |
| 15. Wells Fargo Bank -- Checking | A | Interest | L | T | | | | | |
| 16. DWS Deutsche Select Alt Alca | A | Dividend | | | Sold | 12/15/15 | L | A | |
| 17. PG&E Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Small Cap | C | Dividend | | | Sold | 12/15/15 | K | A | |
| 19. Google Common Stock | A | Dividend | K | T | | | | | |
| 20. Home Depot Common Stock | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 21. Invesco Balanced Risk Alloc Cl A | B | Dividend | L | T | Buy | 12/15/15 | L | | |
| 22. American Century Small Cap Value Cl A | A | Dividend | K | T | Buy | 12/15/15 | K | | |
| 23. Trust #1 - Wells-Fargo Bank Savings | A | Interest | | | Distributed | 09/24/15 | M | | |
| 24. Trust #1 - Wells-Fargo Bank Checking | | None | J | T | | | | | |
| 25. Estate #2 Wells Fargo Bank Savings | A | Interest | | | Distributed | 10/01/15 | O | | |
| 26. Estate #2 Wells Fargo Bank Checking | | None | J | T | | | | | |
| 27. Ameriprise Trust Company WAMoorman Rollover IRA | E | Dividend | N | T | | | | | |
| 28. - Columbia Income Opp | | | | | Buy (add'l) | 01/12/15 | J | | |
| 29. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 30. | | | | | Sold (part) | 04/20/15 | J | A | |
| 31. | | | | | Sold (part) | 10/15/15 | J | A | |
| 32. - Active Portfolio Multi Manager Small Cap Equity Cl A | | | | | Buy (add'l) | 01/12/15 | J | | |
| 33. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 34. | | | | | Buy (add'l) | 10/15/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 36. | | | | | Sold (part) | 07/14/15 | J | A | |
| 37. - Active Portfolio Multi Manager Alternative Strat Cl A | | | | | Buy (add'l) | 04/20/15 | J | | |
| 38. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 39. | | | | | Buy (add'l) | 12/30/15 | K | | |
| 40. | | | | | Sold (part) | 01/12/15 | J | A | |
| 41. | | | | | Sold (part) | 10/15/15 | J | A | |
| 42. - Hancock Global Absolute Return | | | | | Buy (add'l) | 12/30/15 | J | | |
| 43. | | | | | Sold (part) | 01/12/15 | J | A | |
| 44. - MFS Value Cl A | | | | | Buy (add'l) | 01/12/15 | J | | |
| 45. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 46. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 47. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 48. | | | | | Sold (part) | 07/14/15 | J | A | |
| 49. - MFS Int'l Value | | | | | Buy (add'l) | 01/12/15 | J | | |
| 50. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 51. | | | | | Buy (add'l) | 10/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 53. | | | | | Sold (part) | 04/20/15 | J | A | |
| 54.  - MFS Emerging Markets | | | | | Sold | 01/12/15 | J | A | |
| 55.  - Prudential Global Real Estate | | | | | Sold (part) | 01/12/15 | J | A | |
| 56. | | | | | Sold | 04/20/15 | J | B | |
| 57.  - Prudential Mid Cap | | | | | Buy (add'l) | 01/12/15 | J | | |
| 58. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 59. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 60. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 61. | | | | | Sold (part) | 07/14/15 | J | A | |
| 62.  - Wells Fargo Emerging Mkts | | | | | Buy (add'l) | 07/14/15 | J | | |
| 63. | | | | | Sold (part) | 04/20/15 | J | A | |
| 64. | | | | | Sold | 10/15/15 | J | A | |
| 65.  - JP Morgan Large Cap Growth | | | | | Buy (add'l) | 01/12/15 | J | | |
| 66. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 67. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 68. | | | | | Sold (part) | 04/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/14/15 | J | A | |
| 70. - Eaton Vance Float Rate | | | | | Sold | 01/12/15 | J | A | |
| 71. - Invesco Int'l Growth | | | | | Buy (add'l) | 01/12/15 | J | | |
| 72. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 73. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 74. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 75. | | | | | Sold (part) | 04/20/15 | J | A | |
| 76. - American Century Mid Cap | | | | | Buy (add'l) | 01/12/15 | J | | |
| 77. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 78. - Fidelity Advisor Total Bond Cl A | | | | | Buy (add'l) | 01/12/15 | J | | |
| 79. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 80. | | | | | Buy (add'l) | 12/30/15 | K | | |
| 81. | | | | | Sold (part) | 04/20/15 | J | A | |
| 82. | | | | | Sold (part) | 10/15/15 | J | A | |
| 83. - Blackrock Strat Inc | | | | | Buy (add'l) | 01/12/15 | J | | |
| 84. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 85. | | | | | Buy (add'l) | 12/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/14/15 | J | A | |
| 87. | | | | | Sold (part) | 10/15/15 | J | A | |
| 88.   - Active Portfolio Multi Manager Value Cl A | | | | | Buy (add'l) | 01/12/15 | J | | |
| 89. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 90. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 91. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 92.   - Active Portfolio Multi Manager Growth.Cl A | | | | | Buy (add'l) | 01/12/15 | J | | |
| 93. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 94. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 95. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 96. | | | | | Sold (part) | 07/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 08/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William A. MOORMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544